IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 10-cv-00929-PAB

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 1 5 2010

GREGORY C. LANGHAM
_____ CLERK

JEREMY KANE POTTER,

    Plaintiff,

v.

JOHN AND JANE DOE OF DRDC MEDICAL DEPARTMENT,
CORRECTIONAL OFFICER JOHN DOE # 1, and
CORRECTIONAL OFFICER JOHN DOE # 2,

    Defendants.

---

**ORDER GRANTING SERVICE BY UNITED STATES MARSHAL**

---

This matter comes before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915 and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is further

ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

DATED July 14, 2010.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 10-cv-00929-PAB-KMT

Jeremy Kane Potter
Prisoner No. 147946
CMRC
2925 East Las Vegas Street
Colorado Springs, CO 80906

John and Jane Doe (DRDC Medical Department),
CO John Doe #1 and CO John Doe #2 – **WAIVER\***
c/o Keith Nordell
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

Paul Sanzo, Asst. Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

     I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Keith Nordell for service of process on John and Jane Doe (DRDC Medical Department), CO John Doe #1 and CO John Doe #2: AMENDED COMPLAINT FILED 6/09/10, ORDER FILED 07/09/10, SUMMONS, WAIVER\*, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 7/15/10 .

GREGORY C. LANGHAM, CLERK

By:_____
                          Deputy Clerk