IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00929-PAB-KMT

JEREMY KANE POTTER,

    Plaintiff,

v.

C/O JOHN DOE #1, OF DRDC, in his personal capacity,
C/O JOHN DOE #2, OF DRDC, in his personal capacity,
NURSE JANE DOE, OF DRDC, in her personal capacity,
SERGEANT JOHN DOE, OF DRDC, in his personal capacity,
LIEUTENANT JOHN DOE, OF DRDC, in his personal capacity,
DOCTOR SING, OF DRDC, in his personal capacity,
NURSE APRIL D. CALDWELL, OF CMRC, in her personal and/or official capacity,
DENTIST CUNNINGHAM, OF CMRC, in his personal and/or official capacity,

    Defendants.

```
                                    FILED
                           UNITED STATES DISTRICT COURT
                                DENVER, COLORADO

                                 DEC 16 2010

                           GREGORY C. LANGHAM
                                                CLERK
```

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

Dated this 16th day of December, 2010.

BY THE COURT:

Kathleen M. Tafoya
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-00929-PAB-KMT

Jeremy Kare Potter
Prisoner No. 147946
Four Mile Correctional Center
PO Box 300
Cañon City, CO 81215- 0300

US Marshal Service
Service Clerk
Service forms for: April Caldwell, and Dentist Cunningham

Doctor Sing – **WAIVER\***
c/o Keith Nordell
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

Paul Sanzo  Asst. Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Keith Nordell for service of process on Doctor Sing; and to the United States Marshal Service for service of process on Doctor Sing, April Caldwell, and Dentist Cunningham: SECOND AMENDED COMPLAINT FILED 12/15/10, SUMMONS, WAIVER\*, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 12/16/10.

GREGORY C. LANGHAM, CLERK

By: _____
            Deputy Clerk