IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 10–cv–00929–WJM–KMT

JEREMY KANE POTTER,

    Plaintiff,

v.

C/O JOHN DOE #1, OF DRDC, in his personal capacity,
C/O JOHN DOE #2, OF DRDC, in his personal capacity,
NURSE JANE DOE, OF DRDC, in her personal capacity,
SERGEANT JOHN DOE, OF DRDC, in his personal capacity,
LIEUTENANT JOHN DOE, OF DRDC, in his personal capacity,
DOCTOR SING, OF DRDC, in his personal capacity,
NURSE APRIL D. CALDWELL, OF CMRC, in her personal and/or official capacity,
DENTIST CUNNINGHAM, OF CMRC, in his personal and/or official capacity,

    Defendants.

## ORDER SETTING PRELIMINARY SCHEDULING CONFERENCE

    The above captioned case has been referred to Magistrate Judge Kathleen M. Tafoya. *See* 28 U.S.C. § 636(b)(1)(A) and (B) and Fed. R. Civ. P. 72(a) and (b); Doc. Nos. 13, 43.

    It is hereby **ORDERED** that a Preliminary Scheduling Conference is set for **March 21, 2011,** at **11:00 a.m.,** in Courtroom C-201, Second Floor, of the Byron Rogers U.S. Courthouse, 1929 Stout Street, Denver, Colorado.

    The parties need not comply with the requirements of Fed. R. Civ. P. 16 and D.C.COLO.LCivR 16.2. and 26.1. The purpose of the initial conference is to consider the nature and status of the case, the timing for filing of any motions, and what discovery, if any, will be needed.

Plaintiff, or his case manager, shall arrange for his participation via telephone and shall call **(303) 335-2780** at the scheduled time.

Dated this 28th day of February, 2011.

BY THE COURT:

Kathleen M Tafoya
United States Magistrate Judge