# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Kathleen M. Tafoya

| | |
|---|---|
| **Civil Action No.**  10-cv-00929-WJM-KMT | FTR - Courtroom C-201 |
| **Date:** March 21, 2011 | Deputy Clerk, Nick Richards |
| JEREMY K. POTTER, | Pro Se (by phone) |
| Plaintiff, | |
| v. | |
| C/O JOHN DOE #1, of DRDC, in their personal capacity(ies), | Christopher Wayne Alber |
| C/O JOHN DOE #2, of DRDC, in their personal capacity(ies), | Connor Lee Cantrell |
| NURSE JANE DOE, of DRDC, in their personal capacity(ies), | |
| SERGEANT JOHN DOE, of DRDC, in their personal capacity(ies), | |
| LIEUTENANT JOHN DOE, of DRDC, in their personal capacity(ies), | |
| DOCTOR SING, of DRDC, in their personal capacity(ies), | |
| NURSE APRIL D. CALDWELL, of CMRC, in their personal and/or official capacity(ies), | |
| DENTIST CUNNINGHAM, of CMRC, in their personal and/or official capacity(ies), | |
| Defendants. | |

## COURTROOM MINUTES / MINUTE ORDER

**PRELIMINARY SCHEDULING CONFERENCE**
**Court in Session: 11:03 a.m.**
Court calls case.  Telephonic appearance of *Pro Se* Plaintiff; in court appearance of defense counsel.
Opening statements by the Court.

Defendant Doctor Gagandeep Singh's Motion to Stay Discovery [Doc. No. 61, filed March 18, 2011] is **GRANTED**.  The motion is granted until a ruling is made on defendant Singh's Motion to Dismiss [Doc. No. 48, filed February 18, 2011].

Court discusses its letter to pro se prisoner litigants with pro se Plaintiff. A copy of the letter is attached.

The Preliminary Scheduling and Planning Conference is called to consider the nature and status of the case, the case schedule, and what discovery if any will be needed.

**ORDERED:**  JOINDER OF PARTIES OR AMENDMENT OF PLEADINGS DEADLINE is set for May 23, 2011

**ORDERED:**  DISCOVERY DEADLINE is set for September 21, 2011

Discussion is held regarding methods of discovery. Plaintiff is reminded that discovery is **not** to be filed with the Court.

- Depositions may be conducted pursuant to Fed.R.Civ.P. 30. Each side shall be limited to three (3) depositions. Each deposition shall be limited to one (1) day of a maximum of seven (7) hours, absent leave of Court. The Court reminds Plaintiff that [1] any costs associated with a deposition, including any court reporter fees, are the responsibility of the party noticing the deposition and that [2] Plaintiff must confer with defense counsel regarding available dates and times for any depositions he may wish to take. Permission must also be obtained from the prison facility.

- Interrogatories may be submitted pursuant to Fed.R.Civ.P. 33.
Each party shall be limited to twenty-five (25) Interrogatories, including subparts.

- Requests for Production of Documents may be submitted pursuant to Fed.R.Civ.P. 34.
Each party shall be limited to twenty-five (25) Requests for Production of Documents.

- Requests for Admissions may be submitted pursuant to Fed.R.Civ.P. 36.
Each party shall be limited to twenty-five (25) Requests for Admissions.

The responding party must serve its answers and/or objections to written discovery within thirty (30) days after being served with the discovery requests.

All interrogatories, requests for production of documents, and requests for admissions must be served no later than thirty-three (33) days prior to close of discovery.

Each party shall be limited to 1 expert witness, absent leave of Court.
Parties shall designate affirmative experts **on or before July 21, 2011**
Parties shall designate rebuttal experts **on or before August 21, 2011.**

Discussion is held regarding dispositive motions which are generally filed to request that the Court decide the case without a trial.

**ORDERED:**  DISPOSITIVE MOTIONS DEADLINE is set for November 21, 2011

No **STATUS CONFERENCE** is set at this time.  If the Court determines one is necessary, one will be set by Minute Order.

No **SETTLEMENT CONFERENCE** is set at this time.

No **FINAL PRETRIAL CONFERENCE** is set at this time.

As Plaintiff is *pro se,* he is reminded he is required to comply with all applicable Federal Rules of Civil Procedure (FED.R.CIV.P.) and the Local Rules of Practice in the United States District Court for the District of Colorado (D.C.COLOL.CIVR.).

A party may only be represented by an attorney who is admitted to the United States District Court District of Colorado bar.

HEARING CONCLUDED.   **Court in Recess: 11:36 a.m.**   Total In-Court Time:   00:33

To order a transcript of this proceeding, contact Avery Woods Reporting at (303) 825-6119.

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.