IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Civil Action No. 10-cv-00929-WJM-KMT

JEREMY K. POTTER,

    Plaintiff,

v.

C/O JOHN DOE #1, of DRDC,
C/O JOHN DOE #2, of DRDC,
Nurse JANE DOE, of DRDC,
Sergeant JOHN DOE, of DRDC,
Lieutenant JOHN DOE, of DRDC,
Doctor SING, of DRDC, in their personal capacity(ies),
Nurse APRIL D. CALDWELL, of CMRC, and
Dentist CUNNINGHAM, of CMRC, in their personal and/or official capacity(ies),

    Defendants.

## ORDER ADOPTING APRIL 15, 2011 RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

This matter is before the Court on the April 15, 2011 Recommendation by Magistrate Judge Kathleen M. Tafoya (ECF No. 69) that Defendant Sing's[1] Motion to Dismiss be granted and all claim against Defendant Singh be dismissed with prejudice. The Recommendation is incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b).

The Recommendation advised the parties that specific written objections were due within fourteen days after being served with a copy of the Recommendation. (ECF No. 69 at 7-8.) Despite this advisement, no objections to the Magistrate Judge's

---

[1] Plaintiff misspells Defendant's name as "Sing." The Court, hereafter, will refer to the defendant with the correct spelling of "Singh."

Recommendation were filed by either party. "In the absence of timely objection, the district court may review a magistrate . . . [judge's] report under any standard it deems appropriate." *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn*, 474 U.S. 140, 150 (1985) (stating that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings").

The Court concludes the Magistrate Judge's analyses and recommendations are correct and "there is no clear error on the face of the record." Fed. R. Civ. P. 72 Advisory Committee's Note. Therefore, the Court ADOPTS the Recommendation of the United States Magistrate Judge as the findings and conclusions of this Court.

Accordingly, it is hereby ORDERED that the Recommendation of the United States Magistrate Judge (ECF No. 69), filed April 15, 2011, is APPROVED, and, for the reasons cited therein,

1. Defendant Singh's Motion to Dismiss (ECF No. 48) is GRANTED;
2. All claims against Defendant Singh are DISMISSED with prejudice; and
3. Defendant Singh is DISMISSED as a party-defendant to this action.

Dated this 27th day of May, 2011.

BY THE COURT:

William J. Martinez
United States District Judge