IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 10–cv–00929–WJM–KMT

JEREMY KANE POTTER,

    Plaintiff,

v.

C/O JOHN DOE #1, OF DRDC, in his personal capacity,
C/O JOHN DOE #2, OF DRDC, in his personal capacity,
NURSE JANE DOE, OF DRDC, in her personal capacity,
SERGEANT JOHN DOE, OF DRDC, in his personal capacity,
LIEUTENANT JOHN DOE, OF DRDC, in his personal capacity,
NURSE APRIL D. CALDWELL, OF CMRC, in her personal and/or official capacity,
DENTIST CUNNINGHAM, OF CMRC, in his personal and/or official capacity,

    Defendants.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA

"Defendant Dentist Cunningham's Motion to Dismiss" (Doc. No. 76, filed June 3, 2011) is STRICKEN for failure to comply with D.C.COLO.LCivR 10.1E. Defendant Cunningham may file an amended motion no later than June 8, 2011.

Dated: June 6, 2011