IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Civil Action No. 10-cv-0929-RBJ-KMT

JEREMY K. POTTER,

    Plaintiff,

v.

C/O JOHN DOE #1, of DRDC, in his personal capacity,
C/O JOHN DOE #2, of DRDC, in his personal capacity,
Nurse JANE DOE, of DRDC, in her personal capacity,
Sergeant JOHN DOE, of DRDC, in his personal capacity,
Lieutenant JOHN DOE, of DRDC, in his personal capacity,

    Defendants.

## MINUTE ORDER DISMISSING CASE

This case is before the Court regarding this Court's Order to Show Cause [113] issued June 7, 2012. In that order, the Court granted the plaintiff 30 days to show cause as to why this case should not be dismissed against the remaining John Doe and Jane Doe defendants for failure to prosecute. To date, there has been no response to the show cause order.

The Court now orders that this case be dismissed against the remaining John Doe and Jane Doe defendants for failure to prosecute.

DATED this 24th day of July, 2012.

BY THE COURT:

_____
R. Brooke Jackson

                                                United States District Judge